**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: August 28, 2024
Docket #: 24-1030
Short Title: IN RE: KIRKLAND LAKE GOLD LTD.
SECURITIES LITIGATION

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:20-cv-4953
DC Court: SDNY (NEW YORK
CITY)
Trial Judge - James Paul Oetken

## NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for leave to appeal; motion for leave to file filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, September 10, 2024 at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 15th Floor, Room 1505.

Inquiries regarding this case may be directed to 212-857-8595.