UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1030

**Caption [use short title]**

**Motion for:** withdrawal of the Fed. R. Civ. P. 23(f) petition

Set forth below precise, complete statement of relief sought:

Plaintiff-Petitioner seeks to withdraw the Fed. R. Civ. P. 23(f) petition, in light of the District Court's December 13, 2024 order granting summary judgment to the Defendants-Respondents and entry of final judgment.

IN RE: KIRKLAND GOLD LTD. SECURITIES LITIGATION

**MOVING PARTY:** Stephen Brahms
**OPPOSING PARTY:** Anthony P. Makuch, Kirkland Lake Gold Ltd.

☑ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Danie Woofter
**OPPOSING ATTORNEY:** Audra J. Soloway, Joshua Hill Jr.
[name of attorney, with firm, address, phone number and e-mail]

Russell & Woofter LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP

1701 Pennsylvania Ave. NW, Suite 200, Washington, DC 20006
1285 Avenue of the Americas, New York, NY 10019

(202) 240-8433 dhwoofter@gmail.com
(212) 373-3289 asoloway@paulweiss.com, (628) 432-5123 jhill@paulweiss.com

**Court- Judge/ Agency appealed from:** The Honorable J. Paul Oetken, U.S. District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Daniel Woofter   **Date:** January 6, 2025   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)