# No. 24-1030

## United States Court of Appeals for the Second Circuit

IN RE: KIRKLAND GOLD LTD. SECURITIES LITIGATION

---

STEPHEN BRAHMS, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

*Petitioner*,

v.

ANTHONY P. MAKUCH, KIRKLAND LAKE GOLD LTD.,

*Respondents*.

From an order denying certification of a class entered on March 29, 2024 by the U.S. District Court for the Southern District of New York
(No. 1:20-cv-04953-JPO)
The Honorable J. Paul Oetken

**PLAINTIFF'S MOTION TO WITHDRAW RULE 23(f) PETITION**

Christian Levis
LOWEY DANNENBERG, P.C.
44 South Broadway
Suite 1100
White Plains, NY 10601
(914) 997-0500

Daniel Woofter
Kevin K. Russell
RUSSELL & WOOFTER LLC
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006
(202) 240-8433

*Counsel for Plaintiff-Petitioner*

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff-Petitioner respectfully requests to withdraw his Federal Rule of Civil Procedure Rule 23(f) Petition, in light of the final judgment entered by the District Court on December 13, 2024, granting summary judgment to the Defendants-Respondents.

Defendants do not oppose withdrawal of the Rule 23(f) petition by Plaintiff.

Dated: January 6, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Daniel Woofter
Christian Levis　　　　　　　　　　　Daniel Woofter
LOWEY DANNENBERG P.C.　　　　　Kevin K. Russell
44 South Broadway　　　　　　　　　RUSSELL & WOOFTER LLC
White Plains, NY 10601　　　　　　　1701 Pennsylvania Ave. NW
14) 997-0500　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　(202) 240-8433

*Counsel for Plaintiff-Petitioner*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d) because this document contains 55 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Office 365 Word in 14-point New Century Schoolbook LT Standard font.

Dated: January 6, 2025                    /s/ Daniel Woofter
                                          Daniel Woofter

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I caused the above document to be electronically filed with the Clerk of Court of the U.S. Court of Appeals for the Second Circuit by using the appellate ACMS system. I certify that all participants in this case are registered users of that system, and that service will be accomplished by that system.

Dated: January 6, 2025    /s/ Daniel Woofter
                          Daniel Woofter